```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

MICHAEL DARNELL OLIVER           :
(AIS #207467)
                                 :
    Plaintiff,
vs.                              :   CIVIL ACTION 11-00509-WS-M

TONY PATTERSON, et al.,          :

    Defendants.

                              ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's complaint be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

The Clerk is DIRECTED to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation recommending the dismissal of this action, of this Order adopting the Report and Recommendation, and of the Judgment dismissing this action.

DONE this 21st day of March, 2012.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE