```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

MICHAEL DARNELL OLIVER         :
(AIS #207467)
                               :
     Plaintiff,
vs.                            :   CIVIL ACTION 11-00509-WS-M

TONY PATTERSON, et al.,        :

     Defendants.

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's complaint be and is hereby DISMISSED without prejudice.

DONE this 21st day of March, 2012.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE