```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

MICHAEL DARNELL OLIVER          :
(AIS #207467)
                                :
    Plaintiff,
vs.                             :    CIVIL ACTION 11-00509-WS-M

TONY PATTERSON, et al.,         :

    Defendants.


## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's complaint be and is hereby DISMISSED without prejudice.

DONE this 21st day of March, 2012.

                                          s/WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE